

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2015

No. 04-15-00498-CR

**EX PARTE** Matthew Jamal **JACKSON**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
               Luz Elena D. Chapa, Justice
               Jason Pulliam, Justice

On September 21, 2015, relator filed a "notice of appeal" with respect to this original habeas corpus proceeding which we will construe as a motion for rehearing. The panel has considered the motion and it is DENIED.

It is so **ORDERED** on September 24, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014CR0148, styled *The State of Texas v. Matthew Jamal Jackson*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.